IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DSU AVIATION, LLC, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br>PCMT AVIATION, et al.,<br><br>　　　　Defendants / | No. C-07-2116 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF PLEADINGS** |

    By order filed March 9, 2007 in the Western District of Washington, the above-titled action was transferred to this District, and, on June 4, 2007, was assigned to the undersigned.

    To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the parties to submit, no later than June 15, 2007, a chambers copy of each pleading, and any attachments thereto, filed in the Western District of Washington.  Specifically, plaintiffs shall submit a chambers copy of their complaint, filed June 28, 2006, their amended complaint, filed November 21, 2006, and their reply to defendants' counterclaim, filed December 26, 2006; defendants shall submit a chambers copy of their answer and counterclaim, filed December 6, 2006.

    **IT IS SO ORDERED.**

Dated: June 4, 2007

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge