KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
William M. Goodman (SBN 61305)
Christopher J. McNamara (SBN 209205)
832 Sansome Street, Fourth Floor
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030
E-mail: wgoodman@kasowitz.com
E-mail: cmcnamara@kasowitz.com

Counsel for Plaintiffs
DSU Aviation, LLC, and
David Utterberg and Nayda Utterberg

# UNITED DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DSU AVIATION, LLC, a Washington Limited Liability Company, and DAVID UTTERBERG and NAYDA UTTERBERG, individually and on behalf of their marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>PCMT AVIATION, a California Corporation, a/k/a XOJET, and PAUL TOUW, individually and on behalf of his marital community,<br><br>Defendants. | Case No. 3:07-cv-01478-SC<br>Case No. 3:07-cv-02116-SC<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Whereas, this case, which was initially filed in the United States District Court for the Western District of Washington, was transferred to the Northern District of California; and

Whereas, the single case from the Western District of Washington was assigned to two different judges in the Northern District of California and given two different case numbers: 3:07-cv-01478 and 3:07-cv-02116; and

Whereas, *DSU Aviation, LLC, et al. v. PCMT Aviation, et al.*, Case No. 3:07-cv-01478, and *DSU Aviation, LLC, et al. v. PCMT Aviation, et al.*, Case No. 3:07-cv-02116, are identical; and

Whereas, the parties wish to move forward with only one case number in order to prevent

confusion and lessen the procedural burdens on the Court and the parties.

THEREFORE THE PARTIES STIPULATE AND AGREE TO THE FOLLOWING:

1. *DSU Aviation, LLC, et al. v. PCMT Aviation, et al.*, Case No. 3:07-cv-02116 shall be dismissed without prejudice;

2. The dismissal of Case No. 3:07-cv-02116 shall have no effect on the parties' rights in *DSU Aviation, LLC, et al. v. PCMT Aviation, et al.*, Case No. 3:07-cv-01478.  The parties shall be free to pursue their claims in Case No. 3:07-cv-01478, as if Case No. 3:07-cv-02116 had never existed.

3. For purposes of alternative dispute resolution only, the Stipulation and Order Selecting ADR Process entered in Case No. 3:07-cv-02116 (a copy of which is attached hereto as Attachment A) shall continue to bind the parties as if entered in Case No. 3:07-cv-01478.

DATED:  August 3, 2007			KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP


			By:	/S/ Christopher J. McNamara
				CHRISTOPHER J. MCNAMARA
				Counsel for Plaintiffs

DATED:  August 3, 2007			MORGAN, LEWIS & BOCKIUS, LLP


			By:	/S/ Jami Wintz McKeon
				JAMI WINTZ MCKEON
				Counsel for Defendants


[PROPOSED] ORDER

Pursuant to the Stipulation above, *DSU Aviation, LLC, et al. v. PCMT Aviation, et al.*, Case No. 3:07-cv-02116, is hereby dismissed without prejudice.  The dismissal of Case No. 3:07-cv-02116 shall have no effect on the parties' rights in Case No. 3:07-cv-01478.  The

Stipulation and Order Selecting ADR Process entered in Case No. 3:07-cv-02116 (a copy of which is attached hereto as Attachment A) shall continue to bind the parties as if entered in Case No. 3:07-cv-01478.

DATED:  August __3__, 2007



_____
UNITED STATES DISTRICT COURT JUDGE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DSU Aviation, LLC, et al.

CASE NO. CV 07-02116 SC

Plaintiff(s),

v.

PCMT Aviation, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✔    Early Neutral Evaluation (ENE) (ADR L.R. 5)
      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✔    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: July 24, 2007

/S/ Christopher McNamara
Attorney for Plaintiff

Dated: July 24, 2007

/S/ Joanna K. Sax
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
✔    Early Neutral Evaluation (ENE)
    Mediation
    Private ADR

Deadline for ADR session
✔    90 days from the date of this order.
    other

IT IS SO ORDERED.

Dated: 7/30/07

UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]*